[No. 18345–1–I.   Division One.   July 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. LORIN EDWARD
FRENCH, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 86–1–00103–7, David A. Nichols, J.,
entered April 7, 1986. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Swanson and Grosse, JJ.

[No. 18040–1–I.   Division One.   July 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES LEE
SKELTON, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 85–1–00237–0, Byron L. Swedberg, J.,
entered February 28, 1986. *Affirmed* by unpublished opin-
ion per Coleman, J., concurred in by Swanson and Grosse,
JJ.

[No. 17935–7–I.   Division One.   July 27, 1987.]

*In the Matter of* KAREN RAY.

MARGARET SMITH, *Respondent,* v. KAREN RAY,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–6–01678–0, Nancy A. Holman, J., entered
December 3, 1985. *Dismissed* by unpublished opinion per
Webster, J., concurred in by Coleman and Grosse, JJ.